**PENNSYLVANIA RULES OF DISCIPLINARY ENFORCEMENT**

## Rule 205. The Disciplinary Board of the Supreme Court of Pennsylvania.

\*\*\*

(c)     The Board shall have the power and duty:

\*\*\*

**(17) To authorize the use of electronic means to conduct prehearing conferences and post-hearing proceedings before a hearing committee, special master or the Board, but all adjudicatory proceedings shall be conducted in person unless warranted by extraordinary circumstances. Witness testimony may be presented via ACT upon motion for cause shown.   All proceedings shall be conducted in accordance with Board Rules, Enforcement Rules and the decisional law of the Court and the Board.**

[17] **(18)** To exercise the powers and perform the duties vested in and imposed upon the Board by law.

\*\*\*

## Rule 402.    Access to Disciplinary Information and Confidentiality.

\*\*\*

(j) **(1)** This rule does not permit broadcasting, televising, recording or taking photographs during a proceeding under these rules, except that a hearing committee, a special master, the Board or the Supreme Court when conducting a proceeding may authorize the use of electronic or photographic means for the presentation of evidence, for the perpetuation of a record or for other purposes of judicial administration.

**(2) Public access to a public proceeding before a hearing committee, special master or the Board shall consist of or be supplemented by livestream technology, which access shall cease upon the conclusion of the proceeding. The official record of the proceeding shall be the record generated by the court reporter, as applicable.**

**(3)    A request for in-person access to a public proceeding other than by the parties, their attorneys and reasonably necessary staff shall be made to the Board at least 30 days in advance of the scheduled proceeding.**